# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**AVAYA INC.,**<br><br>　　　　Defendant. | Civil Action No.: 5:20-cv-01666-JRA<br><br>**TRIAL BY JURY DEMANDED** |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Coretek Licensing LLC ("Plaintiff") and Defendant Avaya Inc. ("Avaya") have resolved Plaintiff's claims for relief against Avaya.

NOW, THEREFORE, Plaintiff and Avaya, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Avaya with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: November 24, 2020

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　SAND, SEBOLT & WERNOW CO., LPA

　　　　　　　　　　　　　　　　　　　*/s/ Andrew S. Curfman*
　　　　　　　　　　　　　　　　　　　Andrew S. Curfman (SBN 0090997)
　　　　　　　　　　　　　　　　　　　Aegis Tower – Suite 1100
　　　　　　　　　　　　　　　　　　　4940 Munson Street NW
　　　　　　　　　　　　　　　　　　　Canton, Ohio 44718
　　　　　　　　　　　　　　　　　　　Telephone: (330) 244-1174
　　　　　　　　　　　　　　　　　　　Facsimile: (330) 244-1173
　　　　　　　　　　　　　　　　　　　Email: andrew.curfman@sswip.com

　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

JENNER & BLOCK LLP

*/s/ Amr O. Aly*
Amr O. Aly
919 Third Avenue
New York, New York 10022
Telephone: (212) 407-1774
Email: AAly@jenner.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 24, 2020, to all counsel of record who is deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Andrew S. Curfman*
Andrew S. Curfman